UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:10-CR-69(01) RM |
| ) | |
| BENJAMIN HUMES ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 30, 2010 [Doc. No. 10]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Benjamin Humes' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1344 and 2.

SO ORDERED.

ENTERED:   July 21, 2010

　　　　　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　United States District Court